83,117

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 16 2015

Abel Acosta, Clerk

Francisco Arzate #1821766

3001 S. Emily Dr.

Beeville, TX 78102

October 12,2015

Re: Docket Sheet and Status Update in Habeas Corpus Proceedings

Dear Hon.Clerk

I am writing in an effort to obtain a "status update" on my habeas corpus writ filed with this Court. I would also request a Docket Statement showing the filings and actions taken in this case.

I have received information regarding a Brady violation/violations in my case due to the conduct of the Lead homicide investigator in my case. I wish to raise these facts to this Honorable Court in a Habeas Corpus challenging my conviction. I received status information from the 1st Court of Appeals showing the Mandate was issued affirming my conviction on August 1,2014.

Since I don't know the decision of this Court as to whether I am entitled to habeas corpus relief in the form of a out-of-time Petition for Discretionary Review? I am uncertain as to whether I can file a Writ of Habeas Corpus Challenging my "conviction" when there is a habeas corpus pending that could ultimately reverse the mandate issued by the 1st Court of Appeals. I know I can't challenge my conviction until it is "final". But I don't know the current status of my case before this Court? So a status update and Docket sheet is necessary at this time to avoid procedural error. Thank you for your time and attention in this matter. I look forward to your timely response.

Respectfully,

Francisco Arzate

1st Court of Appeals No. 01-12-01074

Trial Court No. 1317247, 232nd, Harris County